# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | Case No. 1:06CR00016 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| ) | By: James P. Jones |
| **CARROLL EDGAR BLEVINS**, ) | Chief United States District Judge |
| ) | |
| Defendant. ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the government's Motion to Dismiss is GRANTED and the Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255 is hereby **DENIED** and stricken from the active docket of the court.

ENTER: June 17, 2009

/s/ JAMES P. JONES
Chief United States District Judge