# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA**, | ) | |
| | ) | Case No. 1:06CR00016 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| **CARROLL EDGAR BLEVINS**, | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendant. | ) | |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** as follows:

1. The defendant's motion (ECF No. 96), construed as one seeking relief from a judgment under Fed. R. Civ. P. 60(b), is GRANTED, and the Opinion and Final Order entered June 17, 2009 (ECF Nos. 93 and 94) are VACATED;

2. Upon review of the record, including supplemental pleadings (ECF Nos. 103, 104, and 108) submitted by the defendant in support of his Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C.A. § 2255, the government's Motion to Dismiss (ECF No. 91) is GRANTED;

3. The defendant's § 2255 motion is hereby **DENIED** and stricken from the active docket of the court; and

4. Based upon the court's finding that the defendant has not made the requisite showing of denial of a substantial right, a certificate of appealability is DENIED.

ENTER: March 23, 2011

/s/ JAMES P. JONES
United States District Judge